1  Michael S. Kun (SBN 208684)
   EPSTEIN BECKER & GREEN, P.C.
2  1925 Century Park East, Suite 500
   Los Angeles, CA 90067
3  Telephone: 310-556-8861
   Facsimile: 310-553-2165
4  mkun@ebglaw.com

5  Attorneys for Defendant
   AEROTEK, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK HUDSON, | Case No.: 2:17-CV-01935-JAM-EFB PS |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| AEROTEK, | |
| Defendant. | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to dismiss the above-captioned case with prejudice. Each party agrees to bear it or his own costs and expenses.

IT IS SO STIPULATED.

DATED: January 19, 2018

Frederick Hudson, *In Pro Per*

/s/ Frederick Hudson
Frederick Hudson

DATED: January 31, 2018

EPSTEIN BECKER & GREEN, P.C.

By: /s/ Michael S. Kun
Michael S. Kun

Attorneys for Defendant
AEROTEK, INC. (erroneously sued as AEROTEK)

## **ORDER**

Based on the forgoing stipulation and otherwise finding good cause therefore,

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice, with each party to bear his or its own costs and attorney's fees.

Dated:   2/6/2018            /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE